UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MOHAMMAD Z. MOHAMMAD AMAN,<br><br>            Plaintiff,<br><br>     v.<br><br>MICHAEL J. ASTRUE, Commissioner for the Social Security Administration,<br><br>            Respondent. | Case No. 1:10-cv-00426-MHW<br><br>**JUDGMENT** |

On September 28, 2011, the Court entered a Memorandum Decision and Order DISMISSING Petitioners Petition for Review (Dkt. 1). Pursuant to that Order, Judgment is hereby entered in favor of the Respondent.

DATED: September 28, 2011

Honorable Mikel H. Williams
United States Magistrate Judge

**JUDGMENT - 1**